UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8216-RMM

UNITED STATES OF AMERICA

v.

SVITLANA DEMYDENKO, and
YELYZAVETA DEMYDENKO,

                Defendant.
_____/

FILED BY SP D.C.
Apr 28, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:    (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SVITLANA DEMYDENKO<br>and<br>YELYZAVETA DEMYDENKO,<br><br>Defendant(s) | Case No. 25-mj-8216-RMM |

FILED BY ___SP___ D.C.
Apr 28, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/31/2024__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 611 | Alien Unlawfully Voting in Presidential Election |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Ashley Olson, Special Agent, HSI
Printed name and title

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: 4/28/25

_____
Judge's signature

City and state: West Palm Beach, Florida
Hon. Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
### Case No. #: 25-mj-8216-RMM

I, Ashley Olson, being duly sworn, do hereby depose and state the following:

### INTRODUCTION

1) I am a law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am presently employed as a Special Agent of Homeland Security Investigations (HSI) within the U.S. Department of Homeland Security (DHS), where I have worked since May of 2021. During my tenure as a Special Agent, I have completed training regarding proper investigative techniques, including the application for and execution of search, arrest, and seizure warrants, for violations of federal laws while attending the Criminal Investigator Training Program and HSI Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also received training specifically regarding financial fraud investigations and have participated in criminal investigations involving financial fraud and complex fraud schemes. Prior to my tenure as a Special Agent, I was employed with United States Citizenship and Immigration Services (USCIS) for 13 years. During the last four (4) years with USCIS, I was an Immigration Officer with the Fraud Detection and National Security (FDNS) unit within USCIS. I am currently assigned to the HSI Miami, Document and Benefit Fraud Task Force. My current duties as an HSI Special Agent include conducting criminal investigations involving violations of a variety of federal laws, including the statutes which criminalize immigration fraud, identity theft and financial fraud.

2) This Affidavit is submitted in support of a criminal complaint charging Svitlana DEMYDENKO and Yelyzaveta DEMYDENKO with an alien unlawfully voting in an election, in violation of Title 18, United States Code, Section 611.

3) The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officials and witnesses involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against Svitlana DEMYDENKO and Yelyzaveta DEMYDENKO for the above-described criminal violation.

## PROBABLE CAUSE

4) Yelyzaveta DEMYDENKO, Date of Birth, November **, 2002, is a native and citizen of Ukraine.

5) On April 9, 2021, Yelyzaveta DEMYDENKO was admitted to the United States (U.S.) on a K2, nonimmigrant visa.

6) On July 12, 2023, Yelyzaveta DEMYDENKO, became a lawful permanent resident in the U.S.

7) Svitlana DEMYDENKO, Date of Birth, April **, 1972, is a native and citizen of Ukraine.

8) On April 9, 2021, Svitlana DEMYDENKO was admitted to the U.S. on a K1, nonimmigrant visa.

9) On July 12, 2023, Svitlana DEMYDENKO, became a lawful permanent resident in the U.S.

10) Florida's Department of Highway Safety and Motor Vehicles database revealed that Yelyzaveta DEMYDENKO and Svitlana DEMYDENKO reside in Boynton Beach, Palm Beach County, Southern District of Florida.

11) The Florida Supervisor of Elections revealed that Yelyzaveta DEMYDENKO and Svitlana DEMYDENKO registered to vote on August 18, 2024.

12) The Supervisor of Elections records revealed that Yelyzaveta DEMYDENKO and Svitlana DEMYDENKO voted on October 31, 2024 in the 2024 General Election, in Boynton Beach, Palm Beach County, Southern District of Florida. Your affiant is aware that said General Election was held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

13) On April 25, 2025, Law Enforcement conducted a consensual interview of Yelyzaveta DEMYDENKO and Svitlana DEMYDENKO at their residence. Yelyzaveta DEMYDENKO confirmed that she had registered to vote online. Yelyzaveta DEMYDENKO said that she went with her step-dad and mother, Svitlana DEMYDENKO to vote in November of 2024 at a library in Boynton Beach, Florida. Yelyzaveta DEMYDENKO said that she had to show her ID to vote. Yelyzaveta DEMYDENKO provided law enforcement with her voter registration card and stated that she voted in the election because she wanted to make a difference.

14) Svitlana DEMYDENKO confirmed that she had registered to vote online a few months before she voted in November of 2024. Svitlana DEMYDENKO claimed that she did not know that she couldn't vote. Svitlana DEMYDENKO stated that she voted in the election because she wanted to support the country.

15) Based on the foregoing facts, your affiant respectfully submits that there is probable cause to charge aliens Yelyzaveta DEMYDENKO and Svitlana DEMYDENKO, with unlawfully voting in the General Election for President on October 31, 2024, in violation of Title 18, United States Code, Section 611.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
ASHLEY R. OLSON
SPECIAL AGENT
HOMELAND SECURITY
INVESTIGATIONS

SWORN AND ATTESTED TO ME BY
APPLICANT VIA TELEPHONE (FACETIME)
PURSUANT TO FED. R. CRIM. P. 4(d) AND 4.1
THIS 28 DAY OF APRIL, 2025.

_____
HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ___Svitlana DEMYDENKO_____

**Case No:** ___25-mj-8216-RMM_____

Count #: 1
Unlawful Voting by an Alien in Presidential Election, Title 18, United States Code, Section 611

* Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment[1]
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: 1 year[2]
* Max. Fine: $100,000.00[3]
* Special Assessment: $25.00[4]

---

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Yelyzaveta DEMYDENKO

**Case No:** 25-mj-8216-RMM

Count #: 1
Unlawful Voting by an Alien in Presidential Election, Title 18, United States Code, Section 611

* **Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment**[1]
* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
* **Max. Supervised Release: 1 year**[2]
* **Max. Fine: $100,000.00**[3]
* **Special Assessment: $25.00**[4]

---

[1] *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
[2] *See* 18 USC § 3583(b)(3)
[3] *See* 18 USC § 3571(b)(5)
[4] *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**